750

Commonwealth ex rel. Purdue, Appellant, *v.*
Maroney.

Submitted November 9, 1964.

*Edward Purdue,* appellant, in propria persona; *Edwin
J. Martin,* Assistant District Attorney, and *Robert W.
Duggan,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Simcox, Appellant, *v.*
Maroney.

Submitted November 9, 1964.

*Raymond Simcox,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Smith, Appellant, *v.*
Maroney.

Submitted November 9, 1964.

*Theodore F. Smith,* appellant, in propria persona; *William J. McKnight,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Smith, Appellant, *v.*
Maroney.

Submitted November 9, 1964.

*Leonard A. Smith,* appellant, in propria persona; *Wil-*